# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| STATE OF MARYLAND, ET AL., <br><br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, ET AL., <br><br>     Defendants. | Case No.: 1:25-cv-04298-DLB |

## **DEFENDANTS' MOTION TO DISMISS**

Defendants United States Department of Education and Linda McMahon, in her official capacity as United States Secretary of Education, by and through undersigned counsel, hereby move for the Court to dismiss the Complaint filed by Plaintiffs the State of Maryland, the District of Columbia, and the State of North Carolina pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Defendants' arguments in support of this motion are set forth in the attached memorandum of law, which is incorporated herein by reference. A proposed form of order also accompanies this motion.

Dated: March 18, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:    */s/ Jessica Dillon*
Jessica F.W. Dillon (Bar No. 19249)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4892 (direct)
(410) 962-2310 (fax)
jessica.dillon@usdoj.gov

*Counsel for Defendants*